# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-5103                      September Term, 2024

1:20-cv-02340-EGS

Filed On: November 26, 2024 [2086938]

State of New York, et al.,

       Appellees

     v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States, et al.,

       Appellants

------------------------------

Consolidated with 24-5047

## O R D E R

       Upon consideration of appellants' unopposed motion for a 35-day extension of time to file its brief, it is

       **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---:|
| Appellants' Brief | January 9, 2025 |
| Appendix | January 9, 2025 |
| Appellees' Brief | February 10, 2025 |
| Appellants' Reply Brief | March 3, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk