United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5103**  September Term, 2024
1:20-cv-02340-EGS

Filed On: January 3, 2025 [2092605]

State of New York, et al.,

    Appellees

  v.

Joseph R. Biden, Jr., in his official capacity
as the President of the United States, et al.,

    Appellants

------------------------------

Consolidated with 24-5047

## **O R D E R**

Upon consideration of appellants' unopposed motion for an 8-day extension, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | January 17, 2025 |
| Appendix | January 17, 2025 |
| Appellees' Brief | February 18, 2025 |
| Appellants' Reply Brief | March 11, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Scott H. Atchue
     Deputy Clerk