**[TO BE ARGUED NOVEMBER 7, 2025]**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as the President of the United States, *et al.*, <br><br> Defendants-Appellants. | Nos. 23-5103, 24-5047 |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Brian M. Boynton, who was previously entered on the docket as counsel for the government, has left the United States Department of Justice and no longer serves as counsel in this matter. The government will continue to be represented in this case by the other attorneys who have entered appearances.

                Respectfully submitted,

                DANIEL TENNY
                ADAM C. JED
                */s/ McKaye L. Neumeister*
                McKAYE L. NEUMEISTER
                *Attorneys, Appellate Staff*
                *Civil Division, Room 7231*
                *U.S. Department of Justice*
                *950 Pennsylvania Avenue NW*
                *Washington, DC 20530*
                *(202) 514-8100*

SEPTEMBER 2025

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically filed the foregoing notice with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                       */s/ McKaye L. Neumeister*
                                       McKAYE L. NEUMEISTER
                                       Counsel for Defendants-Appellants