# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 23-5103**                    **September Term, 2025**

FILED ON: JULY 14, 2026

STATE OF NEW YORK, ET AL.,
                 APPELLEES

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS THE PRESIDENT OF THE UNITED STATES, ET AL.,
                 APPELLANTS

———

Consolidated with 24-5047

———

Appeals from the United States District Court
for the District of Columbia
(No. 1:20-cv-02340)

———

Before: SRINIVASAN, *Chief Judge*, WILKINS and RAO, *Circuit Judges*

**J U D G M E N T**

These causes came to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the grant of summary judgment for the States be vacated and these cases be remanded with instructions for the district court to dismiss the advisory opinion claim, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

             BY:     /s/

                                 Daniel J. Reidy
                                 Deputy Clerk

Date: July 14, 2026

Opinion for the court filed by Circuit Judge Rao.